AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**
OCT 15 2019
David J. Bradley, Clerk

| | |
|---|---|
| United States of America<br>v.<br>Ociel Ambrosio RAMIREZ-Ramirez<br>YOB: 1997 COC: Mexico<br>*Defendant(s)* | )<br>)<br>) Case No. M-19-2504-M<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 13, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 554 | Whoever fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States, To Wit; 1,057 AK-47 magazines. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by AUSA S. DiPiazza 10/15/19 7:55am
*S. DiPiazza*

_____
*Complainant's signature*

Evan Mason, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/15/2019

_____
*Judge's signature*

City and state: McAllen, Texas

U.S. Magistrate J. Scott Hacker
*Printed name and title*

# ATTACHMENT A

On October 13, 2019, a United States Customs and Border Protection Officer (CBPO) was conducting outbound inspections as part of his duties at the Hidalgo, Texas Port of Entry (POE). The CBPO, while assigned to the outbound inspection lanes, encountered a vehicle being driven by Ociel Ambrosio RAMIREZ-Ramirez (RAMIREZ).

Upon encountering RAMIREZ, RAMIREZ gave a negative declaration for weapons, ammunition, and cash in excess of $10,000.00 USD. A CBPO then referred RAMIREZ to the secondary inspection area for further inspection. Once in the secondary inspection area, a CBPO opened one of the many boxes in the back of the vehicle and noticed it contained numerous AK-47 magazines.

RAMIREZ was detained and Homeland Security Investigations (HSI) Special Agent (SA) Evan Mason was advised of the situation and responded to the Hidalgo POE to interview RAMIREZ. RAMIREZ was read his Miranda rights in the Spanish language as witnessed by a CBPO. RAMIREZ stated that he understood his rights, both verbally and in writing, and was willing to make a statement without an attorney present.

RAMIREZ stated he believed he was transporting something illegal from the United States to Mexico but did not know what specifically he was transporting or how much.

RAMIREZ stated that he was going to be paid approximately $700.00 USD to transport the unknown illegal commodity, later determined to be rifle and pistol magazines, into Mexico from the United States.

RAMIREZ stated that, following successfully smuggling the magazines into Mexico, he was to turn over his vehicle to another individual, who would then take control of the magazines.

According to the U.S. Department of State, Office of Defense Trade Controls Compliance (DTCC), rifle magazines are determined to be a defense article described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (22 U.S.C. 2778). The Ak-47 magazines are covered under the USML. Pursuant to 22 U.S.C. 2778, it is illegal to export these magazines without a license.